BENJAMIN B. WAGNER
United States Attorney
PETER M. MULARCZYK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-MJ-00330-KJN |
| Plaintiff, | ORDER VACATING COURT TRIAL AND SETTING A CHANGE OF PLEA |
| v. | |
| LARRY HAGAN, | DATE: December 2, 2013 |
| Defendant. | TIME: 9:00 a.m. |
| | JUDGE: Hon. Kendall J. Newman |

It is hereby ordered that the court trial scheduled for December 2, 2013, at 9:00 a.m., is vacated. It is further ordered that a change of plea hearing is set for December 2, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Dated: November 26, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1